# Third District Court of Appeal

## State of Florida

Opinion filed March 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1205
Lower Tribunal No. 24-58035-SP-25
_____

**Nataly Riera Garcia,**
Appellant,

vs.

**Discover Bank,**
Appellee.

An Appeal from a non-final order from the County Court for Miami-Dade County, Patricia Marino-Pedraza, Judge.

Nataly Riera Garcia, in proper person.

Zwicker & Associates, P.C., and Zoran D. Jovanovich (Deerfield Beach), for appellee.

Before EMAS, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Noel v. James B. Nutter & Co.</u>, 232 So. 3d 1112, 1115

(Fla. 3d DCA 2017) ("The denial of a motion for relief from final judgment under Florida Rule of Civil Procedure 1.540(b) is reviewed for an abuse of discretion."); Bank of New York Mellon v. Simpson, 227 So. 3d 669, 670 (Fla. 3d DCA 2017) ("Rule 1.540(b) does not have as its purpose or intent the reopening of lawsuits to allow parties to state new claims or offer new evidence omitted by oversight or inadvertence."); City of Miami v. Fraternal Ord. of Police Lodge #20, 248 So. 3d 273, 276 (Fla. 3d DCA 2018) ("Arbitration is a matter of contract. An arbitrator's authority to conduct an arbitration and the issue(s) to be arbitrated are granted and limited by the operative document(s) in question or by agreement of the parties themselves."); Parkhomchuck v. AIY, Inc., 338 So. 3d 397, 400 (Fla. 3d DCA 2022) ("[W]here the allegations of a rule 1.540(b) motion do not give rise to a right to relief, an evidentiary hearing on those allegations is not required." (quoting Cottrell v. Taylor, Bean & Whitaker Mortg. Corp., 198 So. 3d 688, 691 (Fla. 2d DCA 2016))).